UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NESTOR SANTIAGO ATILANO, ET AL.,

    Plaintiff(s)

    v.                       Civ. No. 97-1428(PG)

UNITED STATES OF AMERICA

    Defendant(s)

*RECEIVED & FILED 99 SEP 17 PM 2:08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| (Docket #50) - Motion Requesting Delivery of Funds | Granted and so Ordered |

Date: September 16, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

sk: Finance
(2)

(51)
N