UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT 22 PM 12: ?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

NESTOR SANTIAGO ATILANO, ET AL.,

    Plaintiff(s)

    v.                                      Civ. No. 97-1428(PG)

UNITED STATES OF AMERICA

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #46) - Motion Requesting Delivery of Funds | MOOT |
| (Docket #48) - Motion Requesting Delivery of Funds | MOOT |
| (Docket #49) - Motion Requesting Delivery of Funds | **DENIED** |

Date: October 18, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge